UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
DOCKET NO. 4:00CR00049-001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| JIMMY LEE GEORGE | ) | |

It now appearing to the court that the said Jimmy Lee George died on or about February 7, 2010. At which time a remaining liability existed in the amount of $4,327.47

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 4th day of May, 2011

Malcolm J. Howard
U.S. District Court Judge